189 So. 66

**STATE ex rel. BLACK et al. v. FOSTER, Judge.**

**6 Div. 509.**

Supreme Court of Alabama.

April 29, 1939.

Jones & Dominick, of Tuscaloosa, for relators.

PER CURIAM.

Petition for mandamus directing respondent to enter order requiring plaintiff to give security for costs.

It appearing that security for costs has been given and approved by the clerk of the Circuit Court, this is now a moot question and the rule nisi is withdrawn and cancelled upon payment by plaintiff of the costs in this mandamus proceeding.